UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' EMPLOYEE BENEFITS FUND; TRUSTEES OF MICHIGAN REGIONAL COUNCIL OF CARPENTERS' ANNUITY FUND; TRUSTEES OF CARPENTERS' PENSION TRUST FUND – DETROIT VICINITY; TRUSTEES OF CARPENTERS' VACATION FUND – DETROIT AND VICINITY; TRUSTEES OF THE DETROIT CARPENTRY JOINT APPRENTICESHIP AND TRAINING FUND; TRUSTEES OF THE MICHIGAN FUND FOR THE ADVANCEMENT OF THE CARPENTRY TRADE; TRUSTEES OF THE CARPENTERS' LABOR MANAGEMENT PRODUCTIVITY AND TRAINING FUND; TRUSTEES OF THE CARPENTERS' SUPPLEMENTAL BENEFITS FUND; TRUSTEES OF THE CARPENTER'S GUARANTY FUND; TRUSTEES OF THE CARPENTERS' SPECIAL ASSESSMENT FUND, THE MICHIGAN REGIONAL COUNCIL OF CARPENTERS, UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA,

    Plaintiffs,

vs.

NATIONAL FLOOR COVERING, INC., a Michigan corporation, and, MARK STAUFFER, an individual, jointly and severally,

    Defendants.

_____/

Case No.06-12305
Hon. Wallace Capel, Jr.

**DEFAULT JUDGMENT**

At a session of said Court, held in
Detroit, Michigan on _____

PRESENT: Hon._____
U.S. DISTRICT COURT JUDGE

THIS MATTER CAME before the Court and after having heard Plaintiffs' Motion for Entry of Default Judgment and the Court being otherwise fully advised in the premises.

**IT IS HEREBY ORDERED THAT** Plaintiffs shall have a judgment in their favor and against Defendants National Floor Covering, Inc, and Mark Stauffer, jointly and severally, in the amount of $25,558.68 for unpaid fringe benefit contributions together with liquidated damages and interest thereon, audit costs of $1,593.75, actual attorneys' fees of $4,561.00 and court costs of $445.50, for a total amount of $32,158.93

1

**IT IS FURTHER ORDERED** that post-judgment interest shall accrue at statutory interest rates.

**IT IS FURTHER ORDERED** that this Judgment shall be binding and inure to the benefit of the successors and assigns of the parties hereto, during its term.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction of this matter pending satisfaction of this judgment and/or compliance with any additional orders.

**s/John Feikens**
John Feikens
United States District Judge

Dated:  October 13, 2006

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on October 13, 2006.

s/Carol Cohron
Deputy Clerk

---

2